UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| KOENIGS L.L.C., | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| vs. | |
| CITY OF SAVANNAH, ET AL., | CASE NO: 17-1109-STA-jay |
|     Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting City Defendant's Motion for Summary Judgment entered on July 19, 2019, this cause is hereby DISMISSED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 7/29/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By)  Deputy Clerk